L. W. Gumpert v. The State.

No. 6161.   Decided March 16, 1921.

Forgery—Final Sentence—Practice on Appeal.

Where, upon appeal from a conviction of forgery the record failed to show a final sentence, the appeal must be dismissed on motion by the State.

Appeal from the District Court of McLennan.   Tried below before the Honorable Richard I. Munroe.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary, and recommendation for suspended sentence.

The opinion states the case.

*James E. Yeager,* for appellant.

*C. M. Cureton,* Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted of forgery in the District Court of McLennan County, and his punishment fixed at confinement in the State penitentiary for a term of two years.

The State makes a motion to dismiss this appeal because the record contains no sentence.   An inspection of the same shows that the motion is well taken.   Said motion is sustained and the appeal dismissed.

*Dismissed.*